Motion

case # 4:24-CV-202                    from: Louis Galynsky

Dear Judge, hope you are well.

I am requesting to re open or reinstate this dismissed case as I was able to borrow the money necessary for private process service of the remaining defendants. Once the case is re opened per this request I will mail to the court the proof of service for the remaining defendants.

Thank you

X _____  5/15/24

Louis Galynsky

United States Courts
Southern District of Texas
FILED
MAY 24 2024
Nathan Ochsner, Clerk of Court

Louis Grimsley
10 N. Main St.
Farmersville TX 75442

MIAMI FL 330
16 MAY 2024 PM 2 L

Attention: Judge Rosenthal
US District court
515 Rusk St.
Houston Texas 77002

77002-262399

United States Courts
Southern District of Texas
FILED
MAY 24 2024
Nathan Ochsner, Clerk of Court

FOREVER
803920804191028
USA
UNITED STATES POSTAL SERVICE®