Case # 4:24-cv-00222

Case # 4:24-cv-00222

I would like a judge switch as I do not feel it was fair to put such a short notice for me to process serve as well as I was denied US Marshall assistance in the process service which also was not fair. Thankfully I was able to privately process serve. I require a jury trial in the interest of justice so the jury can render a decision on relief for my rights being violated. I prefer Judge Keith if possible.

I recently changed by last name from Galynsky to Vargas.

United States Courts
Southern District of Texas
FILED

SEP 05 2024

Nathan Ochsner, Clerk of Court

8/29/24

Louis Vargas
previously Aka Louis Galynsky

Louis Vargas/Balynsky
110 N mainSt
Farmersville TX 75442

MIAMI FL 330

United States Courts
Southern District of Texas
FILED
SEP 05 2024
Nathan Ochsner, Clerk of Court

Attn Clerk
US District court
515 Rusk St.
Houston, Texas 77002

77002-362895