UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LOUIS GALYNSKY a/k/a LOUIS VARGAS,[1] § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> JANEICE THOMAS, *et al.*, § <br> § <br> § <br> § <br> Defendants. § | CIVIL ACTION NO. H-24-202 |

# FINAL JUDGMENT

For the reasons set out in this court's Order on Motions to Dismiss entered October 23, 2024, and Memorandum Opinion and Order entered this date, Galynsky's action against defendants Luke VanNorman, Molly McCutchen, and the unidentified "Montgomery County Jail Prison Guard/Correctional Officer" is dismissed with prejudice. Galynsky's action against defendants Officer Nanny, Officer Becker, and Janeice Thomas are dismissed without prejudice.

This is a final judgment.

SIGNED on November 19, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

---

[1] In a letter motion filed with the court, Galynsky states that he has recently changed his last name to Vargas. (Docket Entry No. 25, p. 1). He does not include any documentation showing that he has legally changed his name. The court lists both names in an abundance of caution.