UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Louis Galynsky

*versus*   Case Number: 4:24–cv–00202

Janeice Thomas, et al.

# **NOTICE OF NON–COMPLIANCE**

The appellant (or counsel for the appellant, if represented) has failed to:

- Pay the notice of appeal filing fee.
- Submit the DKT13 transcript order form.

Date: December 30, 2024.

Nathan Ochsner, Clerk