United States Courts
Southern District of Texas
FILED
January 22, 2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

No. 24-20559

United States Court of Appeals
Fifth Circuit
**FILED**
January 21, 2025
Lyle W. Cayce
Clerk

Louis Galynsky,

*Plaintiff—Appellant,*

versus

Janeice Thomas; Luke Vannorman; Molly McCutchen; Officer Nanny; Officer Becker; Montgomery County Jail Prison Guard/Correctional Officer,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-202

---

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of January 21, 2025, for want of prosecution. The appellant failed to timely pay the fee or file a motion for In Forma Pauperis.

No. 24-20559

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Rebecca Andry, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 21, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 24-20559    Galynsky v. Thomas
                           USDC No. 4:24-CV-202

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Rebecca Andry, Deputy Clerk
                           504-310-7638

cc w/encl:
    Mr. Louis Galynsky
    Mr. Daniel Dale Plake
    Mr. Steven Dan Selbe