United States District Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOUIS GALYNSKY a/k/a LOUIS VARGAS,[1] | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-24-202 |
| | § | |
| JANEICE THOMAS, *et al.*, | § | APPEAL NO. 24-20559 |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO PROCEED ON APPEAL
WITHOUT PAYING THE FILING FEE**

On November 19, 2024, the court dismissed the civil-rights action filed by former prisoner Louis Galynsky with prejudice. (Docket Entry Nos. 29, 30). Galynsky has appealed the final judgment. (Docket Entry No. 31). He has also filed a motion seeking leave to proceed on appeal without paying the filing fee. (Docket Entry No. 36). After considering the motion and supporting documentation, the court grants Galynsky's motion to proceed on appeal without paying the filing fee. (Docket Entry No. 36).

SIGNED on March 3, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

---

[1] In a letter motion filed with the court, Galynsky stated that he had changed his last name to Vargas. (Docket Entry No. 25, p. 1). Galynsky has never provided any documentation showing that he has legally changed his name. The court lists both names in an abundance of caution.